UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS DISABILITY LLC, a Massachusetts LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WOODROW & PELUSO, LLC<br><br>　　　　　Defendant. | Docket:   1:24-cv-11236 |

## COMPLAINT

Plaintiff Citizens Disability LLC ("Citizens") hereby submits this complaint for breach of contract seeking a refund of settlement money paid under a confidential Settlement Agreement ("the Agreement") to resolve the matter entitled, *Thrower et al. v. Citizens Disability, LLC*, D. Mass. 20-cv-10285-GAO.  The above-referenced defendant, counsel for plaintiffs in *Thrower*, made false representations of material fact and induced Citizens to enter in that settlement and it is voidable, or, alternatively, breached the Agreement and the consideration paid by Citizens for the settlement should be refunded, with all other terms in full force and effect, pursuant to the Agreement's severability clause.

A copy of the Agreement shall be filed with a Motion to Impound/File Under Seal, separately from this.

### Parties, Jurisdiction and Venue

1.　　Citizens is a Massachusetts limited liability company with a principal place of business at 1075 Main Street, 4th Floor, Waltham, Massachusetts. Its principal managers/members reside in Massachusetts.

2. Woodrow & Peluso, LLC is a Colorado Limited Liability Company, whose member, Patrick Peluso, was counsel for Plaintiffs in the *Thrower* lawsuit.

3. This Court has jurisdiction based on the diversity of citizenship of plaintiff Citizens and Defendant, and also based on the jurisdiction and venue clause in the Settlement Agreement, Paragraph 7.

### Facts

4. Citizens is a disability advocacy company providing support and services to people who have developed physical and/or mental conditions that keep them from being able to work for at least a full year. A typical client of Citizens receives slightly more than $1000/month in government benefits.

5. Citizens was sued in the *Thrower* lawsuit, and on August 30, 2022, the Honorable George A. O'Toole certified the matter as a class action. The parties filed various motions and conducted further discovery thereafter, including Citizens' Motion for Decertification.

6. Ultimately, the parties attended a mediation in December 2023, and entered into the Agreement, effective December 21, 2023. In essence, through the course of the mediation, plaintiffs' counsel acknowledged that maintaining the class action was unmanageable (along with other infirmities), and plaintiffs filed with the court their notice of "non-opposition" to the Motion for Decertification.

7. The plaintiffs in the *Thrower* action were two named plaintiffs: (i) Gene Thrower, and (ii) Abante Rooter & Plumbing, Inc. ("Abante"). However, through discovery and diligence by Citizens, it learned that Fred Heidarpour is the owner of Abante. He has been a plaintiff in numerous lawsuits similar to *Thrower*, and he has a son, Andrew Heidarpour, who is a lawyer.

8. Notably, Andrew Heidarpour was co-counsel with Paronich Law, P.C. from 2021-

2023 in the federal matter titled *Rogers v. Assurance IQ,* in the Western District of Washington, 2:21-cv-00283. In that case, Gwendolyn Thompson was a named plaintiff.

9. Defendant (counsel for the plaintiffs in the *Thrower* action) made false representations of material fact and/or omissions in the Agreement which have been breached. Those representations were made expressly by "Plaintiffs and their counsel." (*see* the Agreement, Paragraphs 3 and 5) Those representations induced Citizens to enter into the Agreement. Those representations were either false when made, or have been breached.

10. In particular, on February 6, 2024, less than 30 days after the parties stipulated to the dismissal of the *Thrower* litigation on January 8, 2024, Attorney Paronich from Paronich Law, P.C., (who was co-counsel with Patrick Peluso on *Thrower*) filed a case in the District of Massachusetts against Citizens with his same client from the *Rogers* case, Gwendolyn Thompson, as the named Plaintiff, entitled *Thompson et al. v. Citizens Disability*, 1:24-cv-10304-DJC.

11. In the *Thompson* case moreover, Ms. Thompson is alleged to have received calls giving rise to her class action allegations on August 31, 2022 and September 7, 2022 – *i.e.,* literally days after the Court granted class certification in *Thrower*, but before notice was sent to the class.

12. Therefore, Ms. Thompson was a class member in *Thrower*. She was a client of Attorney Paronich at the time by way of his representation of her in *Rogers* (at a minimum), and as such, representations made in the Settlement Agreement in *Thrower* were either breached, or false when made.

13. In other words, Ms. Thompson was a class member in *Thrower*, an existing client of co-counsel, Attorney Paronich, in *Thrower* (indeed, a putative class member in *Thrower*

3

actually represented by Attorney Paronich) and she sued Citizens in a class action within a month after *Thrower* was dismissed. Circumstantially, therefore, Peluso knew of (and must be charged with knowledge) of Ms. Thompson's status as a potential further plaintiff versus Citizens, making Peluso's representations in the Agreement false, omitting facts and/or misleading.

## CAUSES OF ACTION

### Count I:  Breach of Contract

14. Citizens incorporates by reference the allegations above as if fully stated herein.

15. Defendant entered into a contract (the Agreement with Citizens) and breached that contract.

16. The consideration paid by Citizens in the Settlement Agreement should be returned to Citizens, with all remaining terms of the Agreement in full force and effect.

### Count II:  Fraud in the Inducement

17. Citizens incorporates by reference the allegations above as if fully stated herein.

18. Defendant entered into a contract with Citizens but made false statements of fact and/or omitted facts in the Agreement, Paragraphs 3 and 5, that induced reliance, and were intended to induce reliance by Citizens.

19. Citizens' reliance was reasonable and Citizens has been damaged in the amount of funds to pay in the Agreement, and such other costs, expenses and fees now incurred to demand refund of the consideration paid and the voluntary dismissal of the *Thompson* action.

WHEREFORE, Citizens respectfully requests that, and moves this Court to:

(A)  Find and Order the Agreement in *Thrower* breached, and Order that all money paid by Citizens pursuant to the Agreement shall be refunded.

(B)  Order, alternatively, that the Agreement in *Thrower* is void, and all money paid by Citizens thereunder shall be refunded.

(C)  Grant Citizens such other and further relief as the Court may deem just and proper.

Dated:  May 8, 2024

                                      RESPECTFULLY SUBMITTED,

                                      CITIZENS DISABILITY, LLC
By its counsel,

*/s/ Jeffrey Rosin*
Jeffrey M. Rosin (BBO #629216)
O'HAGAN MEYER, PLLC
111 Huntington Avenue, Suite 719
Boston, MA 02199
Telephone:   (617) 843-6800
Facsimile:    (617) 843-6810
jrosin@ohaganmeyer.com

5