UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS DISABILITY LLC, a Massachusetts LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WOODROW & PELUSO, LLC<br><br>　　　　Defendant. | Docket: 1:24-cv-11236-NMG |

### REQUEST FOR 30-DAY NISI ORDER

Plaintiff hereby gives notice of a settlement, and the impending voluntary dismissal of this action, prior to defendant appearing through counsel, or responding to the complaint. As such, the plaintiff hereby requests a 30-day Nisi Order to enter from this date, with plaintiff to file a Rule 41(a)(1)(A)(i) notice of voluntary dismissal if the matters at issue to finalize settlement are concluded sooner.

Respectfully submitted this 9th day of July 2024.

　　　　　　　　　　　　　　PLAINTIFF
　　　　　　　　　　　　　　By their counsel,


　　　　　　　　　　　　　　*/s/ Jeffrey M. Rosin*
　　　　　　　　　　　　　　Jeffrey M. Rosin, Esq. (BBO #629216)

　　　　　　　　　　　　　　O'HAGAN MEYER, PLLC
　　　　　　　　　　　　　　111 Huntington Avenue, Suite 719
　　　　　　　　　　　　　　Boston, Massachusetts 02199
　　　　　　　　　　　　　　(617) 843-6801
　　　　　　　　　　　　　　jrosin@ohaganmeyer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above document was served upon counsel of record by filing such papers via the Court's ECF system on July 9, 2024.

/s/ *Jeffrey M. Rosin*
Jeffrey M. Rosin